[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11028

Non-Argument Calendar

_____

NAVADO J. JONES,

Petitioner,

*versus*

ATTORNEY GENERAL, STATE OF GEORGIA,
COMMISSIONER, GEORGIA DEPARTMENT OF
LABOR,

Respondents.

_____

Petition for Review of a Decision of the
Department of Labor

2                    Opinion of the Court                    24-11028

Agency No. 19CV12414

_____

Before WILSON, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Navado Jones appears to appeal directly from a decision of the Georgia Court of Appeals related to the Georgia Department of Labor's denial of unemployment insurance benefits to Jones. However, we lack jurisdiction to review decisions by state courts or state agencies. *See* 28 U.S.C. §§ 1294(1), 2342; Fed. R. App. P. 5, 15; *Vasquez v. YII Shipping Co.*, 692 F.3d 1192, 1195 (11th Cir. 2012) ("[F]ederal courts below the Supreme Court must not become a court of appeals for state court decisions."); *Staley v. Ledbetter*, 837 F.2d 1016, 1017-18 (11th Cir. 1988) (holding that district court lacked jurisdiction over 42 U.S.C. § 1983 suit that effectively "challenge[d] collaterally the state agency and court proceedings that terminated [appellant's] parental rights" and noting that "federal courts are not a forum for appealing state court decisions").

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.